IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -7 PM 12: 05

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

**FIDENCIO GALINDO-ROMERO**
a/k/a Francisco Gonzalez-Rodriguez

05cr20322-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on _September 7, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Ed Perry (FPD)_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 8:1326(a)(2) & 8:1326(b)(2)
REENTRY OF DEPORTED ALIENS

Attorney assigned to Case: R. Oliver

Age: 26

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-7-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20322 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT