IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                  CR. NO. 05-20322-B

FIDENCIO GALINDO-ROMERO
aka FRANCISCO GONZALEZ-RODRIGUEZ,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
And ** *SETTING* **

---

This cause came on for a report date on November 28, 2005. At that time counsel for the defendant requested a continuance of the December 5, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to January 3, 2006 with a report date of ** **Wednesday, December 21, 2005, at 10:30 a.m.**,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN. *(10:30 a.m. setting to allow for Interpreter)*.

The period from December 16, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this ____ day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE






# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20322 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT